

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-16-00010-CV

**CITY OF SAN ANTONIO**,
Appellant

v.

**SAN ANTONIO POLICE OFFICERS ASSOCIATION**,
Appellee

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-17585
Honorable Martha B. Tanner, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, this appeal is DISMISSED. Costs of the appeal are taxed against the appellant.

SIGNED September 21, 2016.

_____
Rebeca C. Martinez, Justice